**Kareemah BELL–BOSTON, Appellant**

v.

**Glenette M. HILTON, Assistant Chief of Police for Administration, Appellee.**

**No. 09–7041.**

United States Court of Appeals, District of Columbia Circuit.

July 7, 2009.

Kareemah Bell–Boston, Landover Hills, MD, pro se.

BEFORE: SENTELLE, Chief Judge, and GARLAND and KAVANAUGH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed March 23, 2009, be affirmed. The court did not abuse its discretion in dismissing appellant's complaint without prejudice for noncompliance with Fed.R.Civ.P. 8(a). *See, e.g., Ciralsky v. CIA,* 355 F.3d 661, 668–69 (D.C.Cir. 2004); *see also Ashcroft v. Iqbal,* —— U.S. ——, 129 S.Ct. 1937, 1949–55, 173 L.Ed.2d 868 (2009).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.